**Order entered January 9, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00016-CV**

**IN RE UMTH GENERAL SERVICES, L.P., UMT HOLDINGS, L.P., UMTH LAND DEVELOPMENT, L.P., HOLLIS M. GREENLAW, TODD F. ETTER, BEN L. WISSINK, AND CARA D. OBERT, Relators**

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-09833**

**ORDER**
Before Justices Reichek, Nowell, and Miskel

In this original proceeding, relators seek a writ of mandamus compelling the trial court to grant their motion to dismiss based on a mandatory forum-selection provision. The complained-of order denying the motion to dismiss was signed in the 192nd Judicial District Court by the Honorable Kristina Williams, whose term expired on December 31, 2022.

Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the challenged order. *See* TEX. R. APP. P. 7.2(b) ("If

the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision.").

Accordingly, we **ABATE** this original proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b). This case is removed from the Court's active docket until further order of this Court. We **ORDER** the parties to file in this Court (1) a status report and (2) a copy of the trial court's order within **TEN DAYS** of any ruling by the successor judge required by rule 7.2(b).

/s/    EMILY MISKEL
        JUSTICE